**Order entered December 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00106-CV

### GORDON CARROLL FISHER, Appellant

### V.

### DANIEL K. HAGOOD, P. C. AND FITZPATRICK HAGOOD SMITH AND UHL, INC., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05268-A**

## ORDER

Before the Court is appellant's motion to strike portions of appellees' October 31, 2019 letter to the Court. The Court **GRANTS** appellant's motion to strike numbers 1, 2, and 3 of appellees' letter, and those portions of appellees' letter will not be considered in this appeal.

/s/    LANA MYERS
        JUSTICE